389 A.2d 195

Commonwealth v. Hollenden, Appellant.

Submitted September 12, 1977. Calvin S. Drayer, Jr., and George B. Ditter, Assistant Public Defenders, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 196

Commonwealth v. Houser, Appellant.

Submitted December 14, 1977. Michael P. McIntyre, Assistant Public Defender, and Thomas A. Wallitsch, Public Defender, for appellant; Richard R. Tomsho, Assistant District Attorney, and William H. Platt, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.